# Fidelity-Philadelphia Trust Company, Trustee, *v.* Bergson, Appellant (No. 2).

Argued November 26, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Walter B. Gibbons,* for appellant.

*Joseph First,* with him *Murdoch, Paxson, Kalish & Green,* for appellee.

OPINION BY MR. JUSTICE LINN, January 3, 1938:
This appeal to No. 317 is like No. 201; for the reasons there stated the judgment is affirmed and the record is remitted with leave to proceed for the balance.